# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2960

_____

United States of America,        *
                                         *

        Appellee,        *
                                         *   Appeal from the United States
        v.                         *   District Court for the
                                       *   Eastern District of Missouri.

Kenneth Howard,        *

                                       *   [UNPUBLISHED]
        Appellant.        *

_____

Submitted: February 21, 2006
Filed: February 23, 2006

_____

Before MURPHY, HANSEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Kenneth Howard was sentenced to a prison term in July 2000; he did not appeal. In May 2005, he filed a motion to vacate his sentence, citing 28 U.S.C. § 2244. The district court[1] denied the motion, and Howard appeals.

We affirm because the relief sought is not available under section 2244. We do not construe the motion as one brought under 28 U.S.C. § 2255 in the absence of appropriate warnings to Howard about the effect of such a recharacterization. See

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

<u>Castro v. United States</u>, 540 U.S. 375, 384 (2003).  Thus, to the extent Howard may be able in the future to assert a section 2255 claim that is not time-barred, he need not request permission to file a second or successive motion.  <u>See</u> 28 U.S.C. § 2255; <u>Castro</u>, 540 U.S. at 384.  We also grant the motion that our opinion not be published.

_____